UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL GUALEMI,

    Plaintiff,

v.                                       Case No: 2:17-cv-263-FtM-38CM

WELLS FARGO BANK N.A.,

    Defendant.
_____/

## **OPINION AND ORDER**[1]

This matter comes before the Court on the parties' Joint Stipulation to Arbitrate Claims and Stay Action. (Doc. 9). The parties have agreed to arbitrate all claims in this case pursuant to the arbitration agreement in their Cardmember Agreement. The Court, therefore, will compel binding non-judicial arbitration and stay this case.

Accordingly, it is now

**ORDERED:**

(1) The Joint Stipulation to Arbitrate Claims and Stay Action (Doc. 9) is **GRANTED**. All of Plaintiff Daniel Gualemi's claims against Defendant Wells Fargo Bank must be submitted to final, binding arbitration.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) All proceedings in this case are **STAYED** until notification by the parties that binding arbitration has been completed and that the stay is due to be lifted or the case is due to be dismissed. The parties shall notify the Court of such matters within **five (5) days** of the arbitration proceedings concluding.

(3) The parties are **DIRECTED** to file a joint report about the status of arbitration on or before **September 25, 2017**, and every ninety (90) days thereafter until the conclusion of arbitration.

(4) The Clerk of Court is **DIRECTED** to add a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of June 2017.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record