UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL GUALEMI,

  Plaintiff,

-vs-                                          CASE NO.:  2:17-CV-00263-SPC-CM

WELLS FARGO BANK, N.A. D/B/A WELLS
FARGO DEALER SERVICE,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Daniel Gualemi, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 30th day of July, 2018 to: Artin Betpera, Esquire, 3200 Park Center Drive, Suite 700, Costa Mesa, California 92626 (artin.betpera@wbd-us.com).

                                                  */s/Frank H. Kerney, III, Esquire*
                                                  Frank H. Kerney, III, Esquire
                                                  Florida Bar #: 88672
                                                  Morgan & Morgan, Tampa, P.A.
                                                  One Tampa City Center
                                                  201 North Franklin Street, 7th Floor
                                                  Tampa, FL 33602
                                                  Telephone: (813) 223-5505
                                                  Facsimile:  (813) 223-5402
                                                  fkerney@forthepeople.com
                                                  snazario@forthepeople.com
                                                  lrobbins@forthepeople.com
                                                  *Counsel for Plaintiff*